UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | |
|---|---|
| John Gorman<br>Patricia Miller | Case No.: 10 B 24462<br><br>Chapter: 13 |
| Debtor(s) | Judge Susan Pierson Sonderby |

## AMENDED NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603
John Gorman, Patricia Miller, Debtor(s), 536 W 42nd St, Chicago, IL 60609
Elizabeth Placek, Attorney for Debtor(s), 20 S. Clark 28th Floor, Chicago, IL 60603

You are hereby notified that debtor(s) is(are) due to CENTRAL MORTGAGE COMPANY for the contractual mortgage payment due 01/01/12. As of the 01/03/12 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 01/01/12 post-petition mortgage payments, with the 02/01/12 coming due plus $110.00 in late charges. The current mortgage payment amount due each month is $1,213.57. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 03/19/12, CENTRAL MORTGAGE COMPANY's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on February 17, 2012.

/s/ Joel P. Fonferko
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-10-12299)**

NOTE: This law firm is deemed to be a debt collector.